

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00245-CV

**IN RE** Raymond **YBARRA**, Jr. and WildBlue Equipment, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice[2]
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

The court has considered the Motion for En Banc Rehearing filed on behalf of the real party in interest on November 2, 2017, and the motion is DENIED.

It is so **ORDERED** on November 17, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-10-0900-CVA, styled *Roy Alaniz v. Raymond Ybarra, Jr. and WildBlue Equipment, LLC*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable John D. Gabriel Jr. presiding.

[2] Not participating.